Certificate Number: 14912-CAE-DE-033706022

Bankruptcy Case Number: 19-91000



14912-CAE-DE-033706022

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 16, 2019</u>, at <u>12:40</u> o'clock <u>AM EST</u>, <u>Joanna Botelho</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of California</u>.

Date:  <u>November 16, 2019</u>          By:    <u>/s/Jai Bhatt</u>

                                       Name:  <u>Jai Bhatt</u>

                                       Title: <u>Counselor</u>