FORM L51 Final Decree (v.9.14)

19–91000 – E – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**1200 I Street, Suite 4**
**Modesto, CA 95354**

(209) 521–5160
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



# FINAL DECREE

**Case Number:** 19–91000 – E – 7

**Debtor Name(s), Social Security Number(s), and Address(es):**

Joanna L. Botelho
xxx–xx–2490

13695 Barro Court
La Grange, CA 95329

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
BBG Well Drilling, Inc.
Joey's Equipment, LLC
Joey's Well Drilling & Construction, LLC
LJB Farms, LLC
Blue Diamond Growers Export, LLC

**Trustee:**     Michael D. McGranahan
PO Box 5018
Modesto, CA 95352

**Telephone Number:**     (831) 316–7628

**Office of the United States Trustee:**
For cases in the Sacramento Division and Modesto Division:    501 I Street, Room 7–500, Sacramento, CA 95814
For cases in the Fresno Division:    2500 Tulare Street, Suite 1401, Fresno, CA 93721

It appearing to the court that the Trustee in the above–entitled case has completed administration of this estate,

**IT IS ORDERED** that the estate is hereby closed, that the trustee is hereby discharged, and that the trustee's bond is hereby released from further liability, except any liability which may have accrued during the time such bond was in effect for the estate of this case.

Dated:
3/13/20

For the Court,
Wayne Blackwelder , Clerk